1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

| | |
|---|---|
| 9  Kim Cramton, | No. CV-17-04663-PHX-DWL |
| 10            Plaintiff, | **ORDER** |
| 11  v. | |
| 12  Grabbagreen Franchising LLC, et al., | |
| 13            Defendants. | |
| 14  Grabbagreen Franchising LLC, et al., | |
| 15            Counterclaimants, | |
| 16  v. | |
| 17  Kim Cramton and Laura McCormack, | |
| 18            Counterdefendants. | |
| 19 | |
| 20 | |

**IT IS ORDERED** granting the *Ex Parte* Application for Withdrawal of Counsel by
Defendants/Counterclaimants Grabbagreen Franchising, LLC, Eat Clean Operations, LLC,
Eat Clean Holdings, LLC, Gulf Girl Squared, Inc., Kelli Newman, and Keely Newman
(Doc. 135).

**IT IS FURTHER ORDERED** that Bryan Cave Leighton Paisner LLP and
attorneys Jay A. Zweig, Melissa R. Costello, and Julie Birk are withdrawn as counsel of
record for Defendants/Counterclaimants.

…

1       **IT IS FURTHER ORDERED** that Tiffany & Bosco PA shall give prompt notice

2 of the entry of this Order to all other parties or their attorneys.

3       Dated this 25th day of February, 2019.

4

5

6                                     Dominic W. Lanza

7                              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28