IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kim Cramton, | No. CV-17-04663-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Grabbagreen Franchising LLC, et al., | |
| Defendants. | |

**IT IS ORDERED** granting the motion to substitute counsel (Doc. 191). Jack Robert Vrablik, Robert A. Royal, and the law firm of Tiffany & Bosco PA are withdrawn and J. Jeff Bouma, Larry J. Cohen, Erin A. Hertzog, and Joel T. Fugate of Cronus Law, PLLC shall be substituted as counsel of record for Defendants/Counterclaimants Grabbagreen Franchising, LLC, Eat Clean Operations, LLC, Eat Clean Holdings, LLC, and Keely Newman. Contact information for new counsel of record is as follows:

    J. Jeff Bouma, AZ Bar No. 011808

    Larry J. Cohen, AZ Bar No. 010192

    Erin A. Hertzog, AZ Bar No. 030770

    Joel T. Fugate, Az Bar No. 031739

    2601 E Thomas Rd., Ste. 235

    Phoenix, AZ 85016

    Phone: (480) 467-3188

    Fax: (480) 718-8575

**IT IS FURTHER ORDERED** that by June 20, 2019, new counsel of record shall provide a complete set of exhibits to the statement of dispute (Doc. 188).  No alteration to the substance or text of the statement is permitted.

**IT IS FURTHER ORDERED** that on **June 21, 2019, at 2:00 p.m.,** the Court will hold a Telephonic Hearing regarding the discovery dispute (Doc. 188).  Counsel are directed to call (866) 390-1828; Access Code: 9667260 five minutes prior to the scheduled hearing.  Counsel are advised that cell phones and speakers phones are **not** permitted.

Dated this 19th day of June, 2019.

Dominic W. Lanza
United States District Judge