**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kim Cramton, | No. CV-17-04663-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Grabbagreen Franchising LLC, et al., | |
| Defendants. | |

During the Final Pretrial Conference on May 27, 2020, the Court ruled on several motions *in limine* but declined to issue a merits ruling on Cramton's motion *in limine* to exclude Defendants' damages defense. (Doc. 309.) Instead, the Court solicited additional briefing from the parties, "permit[ting] each side to file a motion to exclude the other side's theories and/or evidence bearing on damages no later than June 17, 2020." (*Id*. at 2.) The Court also solicited additional briefing concerning Defendants' contention that Cramton waived her right to a jury trial, set a tentative trial date of October 13, 2020, and referred the parties to a magistrate judge for a settlement conference. (*Id.* at 1-3.)

Much has occurred since the Final Pretrial Conference. On the briefing front, Defendants filed their motion to strike Cramton's jury demand, which is now fully briefed (Docs. 322, 324, 331), and each side filed a motion to exclude the other side's damages theories and evidence (Docs. 320, 321). Each side also filed a response to the other side's damages-related motion (Docs. 325, 327), but only Defendants filed a reply (Doc. 330). This prompted Cramton to move to strike Defendants' reply (Doc. 333) and Defendants to

respond to the motion to strike (Doc. 334). Meanwhile, on the trial front, the parties' efforts to settle the case proved unsuccessful (Doc. 336) and the COVID-19 pandemic has, unfortunately, not eased to the point that the current trial date is viable.

The Court is in the process of reviewing the pending motions, but it is necessary to address a few preliminary matters before those motions are resolved. First, as noted, the current trial date of October 13, 2020 is unrealistic in light of current conditions. Accordingly, it will be vacated. (*See* Doc. 323 at 22 [explanation during Final Pretrial Conference that "we should get something on the calendar for this Fall, with the notion that if the situation has stabilized we'll proceed" but "if COVID-19 is still interfering with jury trial efforts, we can then as the trial date gets closer talk about a further extension"].) After the pending motions are resolved, the Court will hold a status conference to solicit the parties' views on rescheduling.

Second, Cramton's motion to strike (Doc. 333) will be denied. Although Cramton is correct that a party ordinarily may not file a reply in support of a motion *in limine*, the Court didn't intend for the damages-related motions it solicited during the Final Pretrial Conference to function as motions *in limine*—instead, it viewed them as Rule 37 motions to exclude. This is why the minute entry from the May 27, 2020 hearing authorized the parties "to file a motion to exclude the other side's theories and/or evidence bearing on damages" (Doc. 309 at 2) and why the Court clarified during the hearing that a 17-page limit would apply (Doc. 323 at 94)—motions *in limine* are ordinarily subject to much shorter page limits.

In any event, even though Defendants correctly understood these instructions as implicitly authorizing a reply, it is understandable that Cramton could have reached a different interpretation. Thus, although the Court will not strike Defendants' reply, it will permit Cramton, if she so chooses, to file a reply in support of her damages-related motion. That reply must not exceed 11 pages and must be filed by September 10, 2020. No extensions will be granted because, as noted, the Court is in the process of reviewing the remaining pending motions (Docs. 308, 320, 321, 322) and hopes to rule soon.

Accordingly, **IT IS ORDERED** that:

(1) The current trial date of October 13, 2020 is **vacated**.

(2) Cramton's motion to strike (Doc. 333) is **denied**.

(3) Cramton may file a reply in support of her damages-related motion (Doc. 320) by September 10, 2020. The reply shall not exceed 11 pages.

Dated this 3rd day of September, 2020.

*[signature]*

Dominic W. Lanza
United States District Judge