## DISTRICT JUDGE'S CIVIL MINUTES
## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** Dominic W. Lanza | **Date:** December 2, 2020 |
| **Case Number:** CV-17-04663-PHX-DWL | |
| **Cramton v. Grabbagreen Franchising LLC et al** | |
| **APPEARANCES:** Emily Dierberg Armstrong and Todd Feltus with Plaintiff Kim Cramton (all appearing telephonically)<br>Plaintiff(s) counsel | Larry J. Cohen and Kelli Toronyi Newman (both appearing telephonically)<br>Defense counsel |

**Telephonic Conference**

This is the time set for Telephonic Conference re: Defendants' Motion to Change the Format of the Trial or Continue Trial (Doc. 365). The Court advises counsel it has also reviewed Plaintiff's response (Doc. 368). Discussion held. For reasons as stated on the record, IT IS ORDERED granting in part and denying in part Defendants' motion (Doc. 365). The bench trial will proceed as scheduled on December 10, 2020. However, the Court will permit Defense counsel and Defendant to appear remotely for trial. If a trial witness is not comfortable appearing in the courtroom to testify, counsel are directed to file a motion requesting remote appearance. Logistics of witnesses' remote appearances are discussed.

The Court will consult with its IT staff regarding remote appearances and will either schedule another telephonic status conference to discuss this issue or will direct Court staff to communicate with counsel by e-mail regarding remote appearance procedures.

Regarding Defendants' trial exhibits, Defense counsel are directed to ship their marked exhibits, the binder of exhibits for the Court and the Defendants' exhibit and witness lists (three copies each) to the courthouse as soon as possible. The Court further directs Defense counsel to provide copies of trial exhibits to their witnesses that will be discussed with each particular Defense witness prior to their testimony.

Counsel address the Court regarding the length of trial. The Court will hold trial on December 16 (barring any issues with the availability of trial courtroom 604) to allow an additional trial day in light of the Court's ruling permitting remote appearances. Discussion held regarding counsels' allotted trial hours.

**LATER:**  The Court having confirmed that Courtroom 604 is available on December 16, counsel are advised that trial will be in session that day.

Deputy Clerk: Maureen Williams
Court Reporter: Candy Potter                                    **Start:  10:00 AM**
                                                                **Stop:   10:40 AM**